NICHOLAS STREET, ESQ. – SBN 249156
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
Bank of America Building
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301-5230
Tel: (661) 322-6023   Fax: (661) 322-3508

Attorneys for Defendant,
NORTH BAKERSFIELD NISSAN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| MARGARET ROUX,<br><br>        Plaintiff,<br><br>  vs.<br><br>NORTH BAKERSFIELD NISSAN, INC.,<br><br>        Defendant. | **CASE NO. 1:18-cv-01087-DAD-JLT**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; ORDER**<br>**(Doc. 13)** |

      Plaintiff MARGARET ROUX ("Plaintiff") and Defendant NORTH BAKERSFIELD NISSAN, INC. ("Defendant") hereby stipulate to extend the time for Defendant to respond to the Initial Complaint ("Complaint") as follows:

      WHEREAS, Plaintiff served her Initial Complaint on October 29, 2018, making Defendant's response to the Complaint due on November 19, 2018;

      WHEREAS, Plaintiff and Defendant previously agreed and stipulated to extend the time by which Defendant shall respond to the Complaint to December 5, 2018;

///

      WHEREAS, Plaintiff and Defendant are discussing the possibility of settlement which would result in a dismissal of the lawsuit;

1
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; ORDER

WHEREAS, on or about December 3, 2018, the Court continued the Scheduling Conference in this matter to January 22, 2019; and,

WHEREAS, Plaintiff and Defendant agree and stipulate to extend the time by which Defendant shall respond to the Complaint 21 calendar day, to December 26, 2018, to allow the parties additional time to attempt to resolve the case without incurring additional fees and costs.

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that Defendant's date to respond to the Complaint, by answer, motion, or otherwise, is extended for twenty-one (21) days, to and including December 26, 2018.

DATED: December 3, 2018                    CLIFFORD & BROWN

By /s/ Nicholas J. Street, Esq.
NICHOLAS J. STREET, ESQ.
Attorneys for Defendant,
NORTH BAKERSFIELD NISSAN, INC.

DATED: December 3, 2018                    KAZEROUNI KAW GROUP, APC

By /s/ Matthew Loker, Esq.
ABBAS KAZEROUNIAN, ESQ.
MATTHEW LOKER, ESQ.
Attorneys for Plaintiff,
MARGARET ROUX

## **ORDER**

Based upon the stipulation of the parties, the Court **GRANTS** the request of the defendant to delay its responsive pleading to no later than December 26, 2018.

**The Court will not entertain any further requests for extensions of time for the responsive pleading.**

IT IS SO ORDERED.

Dated: __**December 5, 2018**__       __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE