# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET ROUX,<br><br>   Plaintiff,<br><br> v.<br><br>NORTH BAKERSFIELD NISSAN, INC.,<br><br>   Defendant. | Case No.: 1:18-CV-1087- JLT<br><br>ORDER DISMISSING THE ACTION WITH PREJUDICE<br>(Doc. 20) |

The parties have stipulated to dismiss the action with prejudice with each side to bear their own fees and costs. (Doc. 20) Good cause appearing, the Court **DISMISSES** the entire action with prejudice.

IT IS SO ORDERED.

 Dated:  **June 6, 2019**        **/s/ Jennifer L. Thurston**
                     UNITED STATES MAGISTRATE JUDGE